```
 1
 2
 3
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  AMIL FRLUCKAJ,              )  NO. CV 07-7337-MMM (E)
                                )
12              Petitioner,     )
                                )
13      v.                      )  JUDGMENT
                                )
14  L.E. SCRIBNER, WARDEN       )
                                )
15              Respondent.     )
                                )
16  _____)
17
18      Pursuant to the Order Adopting Findings, Conclusions and
19  Recommendations of United States Magistrate Judge,
20
21      IT IS ADJUDGED that the Petition is denied and dismissed
22  without prejudice.
23
            DATED:  May 20, 2008       .
24
25
26                              _____
                                      MARGARET M. MORROW
27                                UNITED STATES DISTRICT JUDGE
28
```